# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TAMARA MARCHAND, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:14-CV-871 SNLJ (NAB) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation (#22), filed June 17, 2015. Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Nannette A. Baker (#22) be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the relief which plaintiff seeks in his Complaint and Brief in Support of Complaint is **DENIED** and that Judgment shall be entered in favor of Defendant.

Dated this  14th  day of July, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE